IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EQUAPHOR INCORPORATED, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Bankruptcy No.: 10-20490 |
| | ) | |
| _____ | ) | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Bankruptcy Rule 2090-1 (E)(2) of this Court, James R. Schroll, Esquire, a member in good standing of the bar of this Court, moves the admission of Thomas G. Shapiro, Esquire, to appear *pro hac vice* in the above-captioned proceeding as counsel for Plaintiffs, Frederick Bamber and Harry George.

In support of this motion, please see the attached Application.

Pursuant to Local Bankruptcy 9013-1 (E), and given the administrative nature of the relief requested herein, Movant requests that the requirement that all motions be accompanied by a written memorandum of law be waived.

WHEREFORE, Movant requests that the Court enter an Order permitting Thomas G. Shapiro, Esquire to appear *pro hac vice* in association with Movant as counsel for Plaintiffs, Frederick Bamber and Harry George, in this case; and granting such other and further relief as the Court deems just and proper.

Dated: April 20, 2011

James R. Schroll, Esq.
VA Bar # 19646
2300 Wilson Blvd., 7th Floor
Arlington, Virginia 22201
(703) 525-4000
(703) 525-2207 (fax)

FREDERICK BAMBER AND HARRY GEORGE
By Counsel

/s/ James R. Schroll
James R. Schroll
Bean, Kinney & Korman, PC
2300 Wilson Blvd., 7th Floor
Arlington, Virginia 22201
(703) 525-4000
(703) 525-2207 (fax)
*jschroll@beankinney.com*

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 20th day of April, 2011, this Motion for Admission *pro hac vice* was served via CM/ECF upon all required parties.

/s/ James R. Schroll
James R. Schroll, Esq.