David I. Swan, Esq. (VSB No. 75632)
Kenneth M. Misken (VSB No. 72207)
McGuireWoods LLP
1750 Tysons Blvd., Suite 1800
McLean, VA 22102-4215
Telephone: (703) 712-5000
Facsimile: (703) 712-5050

W. Thad Adams, III, Esq.
Adams Law Group
Oliff & Berridge, PLC
Suite 2350 Charlotte Plaza
201 College Street
Charlotte, NC 28244
Telephone: (704) 375-9249

*Attorneys for Carotek, Inc., and
 Event Capture Systems, LLC*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EQUAPHOR INCORPORATED, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Bankruptcy No. 10-20490 |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I certify that on the 19th day of April, 2011 a copy of the Objection to Trustee's Motion to Approve Sale of Assets of the Estate Free and Clear of Claims and Other Interests and Compromise of Related Claims was served via CM/ECF; and, was also served on the 20th day of April, 2011 via United States first class mail, postage prepaid to the following:

Kevin R. McCarthy, Esq.
McCarthy & White, PLLC
1751 Pinnacle Drive, Suite 1115
McLean, VA 22102

Office of the United States Trustee
115 South Union Street
Suite 210
Alexandria, VA 22314

Ryan C. Day, Esq.
LeClairRyan PC
2318 Mill Road, Suite 1100
Alexandria, VA 22314-6834

James R. Schroll, Esq.
Bean, Kinney & Korman PC
2300 Wilson Blvd., 7th Floor
Arlington, VA 22201

Michael B. Reynolds, Esq.
Snell & Wilmer LLP
600 Anton Blvd., Suite 1400
Costa Mesa, CA 92626

Steven B. Ramsdell
Tyler, Bartl, Ramsdell & Counts, P.L.C.
300 N. Washington St., Suite 202
Alexandria, VA 22314

/s/ Amina Lee Cooper

\30741154.1