# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EQUAPHOR INCORPORATED, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Bankruptcy No.: 10-20490 |
| | ) | |
| | ) | |

## ORDER GRANTING ADMISSION PRO HAC VICE

This matter came before the Court on the motion of Thomas G. Shapiro, a member in good standing of the Bar of this Court, pursuant to Local Bankruptcy Rule 2090-1 (E)(2), for an order granting the admission pro hac vice of Thomas G. Shapiro, Esquire, in the above-captioned case. Upon consideration of the motion, for good cause shown, it is hereby

ORDERED, that the pro hac vice motion is GRANTED and Thomas G. Shapiro, Esquire may appear as counsel for Plaintiffs, Frederick Bamber and Harry George, in all proceedings in this matter.

DATED: _____

_____
JUDGE STEPHEN S. MITCHELL