IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

IN RE: )
)
EQUAPHOR INCORPORATED, ) Chapter 7
)
Debtor. ) Bankruptcy No.: 10-20490
)
_____ )

### ORDER GRANTING ADMISSION PRO HAC VICE

This matter came before the Court on the motion of Thomas G. Shapiro, a member in good standing of the Bar of this Court, pursuant to Local Bankruptcy Rule 2090-1 (E)(2), for an order granting the admission pro hac vice of Thomas G. Shapiro, Esquire, in the above-captioned case. Upon consideration of the motion, for good cause shown, it is hereby

ORDERED, that the pro hac vice motion is GRANTED and Thomas G. Shapiro, Esquire may appear as counsel for Plaintiffs, Frederick Bamber and Harry George, in all proceedings in this matter.

DATED: Apr 28 2011

/s/ Stephen S. Mitchell
JUDGE STEPHEN S. MITCHELL

Entered on Docket: April 28, 2011

```
                          United States Bankruptcy Court
                           Eastern District of Virginia
In re:                                                          Case No. 10-20490-SSM
Equaphor Incorporated                                           Chapter 7
         Debtor              CERTIFICATE OF NOTICE
District/off: 0422-9          User: palmerd              Page 1 of 1                  Date Rcvd: Apr 28, 2011
                              Form ID: pdforder          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 30, 2011.
db            +Equaphor Incorporated,    12587 Fair Lakes Cir., #303,    Fairfax, VA 22033-3822

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 30, 2011**                              **Signature:** _Joseph Speetjens_