UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re: )
)
EQUAPHOR INCORPORATED ) Case No. 10-20490-SSM
) Chapter 7
Debtor )

**ORDER DENYING MOTION TO SELL AND TO COMPROMISE**

Upon consideration of the motion of Kevin R. McCarthy, chapter 7 trustee, to approve a sale of assets free and clear of liens and to compromise related claims, and for the reasons stated on the record at a hearing begun on April 26, 2011, and continued to May 2, 2011, it is

**ORDERED:**

1. The motion to sell assets and compromise claims is denied.

2. The clerk will mail a copy of this order, or give electronic notice of its entry, to the parties listed below.

Date: _____ _____
Stephen S. Mitchell
Alexandria, Virginia United States Bankruptcy Judge

Copies to:

Kevin R. McCarthy
1751 Pinnacle Drive Suite 1115
McLean, VA 22102
Chapter 7 trustee

Steven B. Ramsdell
Tyler, Bartl, Ramsdell & Counts, P.L.C.
300 N. Washington St., Suite 202
Alexandria, VA 22314
Counsel for the debtor

James W. Reynolds, Esquire
Odin, Feldman & Pittleman, P.C.
9302 Lee Highway, Suite 1100
Fairfax, VA  22031
Counsel for Kobayashi Ventures, LLC

David I. Swan, Esquire
McGuireWoods LLP
1750 Tysons Blvd., Suite 1800
McLean, VA 22102-4215
Attorneys for Carotek, Inc., and Event Capture Systems, LLC

James R. Schroll, Esquire
Bean, Kinney & Korman, PC
2300 Wilson Blvd., 7th Floor
Arlington, Virginia 22201
Attorney for Frederick Bamber and Harry George

Bradford F. Englander, Esquire
Whiteford, Taylor & Preston, LLP
3190 Fairview Park Drive, Suite 300
Falls Church, Virginia 22042