Kevin R. McCarthy, VSB No. 14273
1751 Pinnacle Drive, Suite 1115
McLean, VA 22102
703-770-9261 (Telephone)
703-770-9263 (Facsimile)
krm@mccarthywhite.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| In re:                                             \* | |
|                                        \* | |
| EQUAPHOR, INC.                            \* | Case No. 10-20490-SSM |
|                                        \* | (Chapter 7) |
|              Debtor(s).      \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORDER GRANTING TRUSTEE'S MOTION TO SHORTEN TIME
TO OBJECT TO HIS MOTION TO APPROVE SALE OF PROPERTY OF THE ESTATE
AT PUBLIC AUCTION DURING COURT HEARING

Upon Consideration of the Trustee's Motion To Shorten Time To Object To His Motion To Approve Sale Of Property Of The Estate At Public Auction During Court Hearing, and any response thereto, it is

ORDERED that the Motion be, and hereby is, GRANTED, and any response to the Trustee's Motion To Shorten Time To Object To His Motion To Approve Sale Of Property Of The Estate At Public Auction During Court Hearing must be filed with the Court and served on the Trustee on or before 9:30 a.m. on June 9, 2011.

Date: _____

_____
Stephen S. Mitchell
U.S. Bankruptcy Judge

I ask for this:

/s/ Kevin R. McCarthy
Kevin R. McCarthy, VSB No. 14273
McCarthy & White, PLLC
1751 Pinnacle Drive – Suite 1115
McLean, VA 22102
703-770-9261
Attorneys for Trustee

## Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by all necessary parties or served upon all necessary parties as indicated in the Certificate of Service attached to the Motion, pursuant to Local Rule 9022-1(C).

/s/ Kevin R. McCarthy
Kevin R. McCarthy
Attorney for Trustee

PARTIES TO RECEIVE COPIES

all registered ecf participants who have appeared in this case