David I. Swan, Esq. (VSB No. 75632)
Kenneth M. Misken, Esq. (VSB No. 72207)
McGuireWoods LLP
1750 Tysons Blvd., Suite 1800
McLean, VA 22102-4215
Telephone: (703) 712-5000
Facsimile: (703) 712-5050

W. Thad Adams, III, Esq.
Adams Law Group
Oliff & Berridge, PLC
Suite 2350 Charlotte Plaza
201 College Street
Charlotte, NC 28244
Telephone: (704) 375-9249

*Attorneys for Carotek, Inc., and
Event Capture Systems, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EQUAPHOR INCORPORATED, | ) | Chapter 7 |
| | ) | |
| | ) | Bankruptcy No. 10-20490 |
| | ) | |
| JABB, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Carotek, Inc., and Event Capture Systems, LLC, | ) | |
| | ) | |
| Movants, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Equaphor Incorporated, Debtor, and Kevin R. McCarthy, Chapter 7 Trustee, | | |
| | | |
| Respondents. | | |

**ORDER GRANTING MOTION BY CAROTEK, INC. AND
EVENT CAPTURE SYSTEMS, LLC FOR RELIEF FROM THE AUTOMATIC STAY**

Upon consideration of the Motion by Carotek, Inc. and Event Capture Systems, LLC for

Relief from the Automatic Stay, it is HEREBY ORDERED that relief from the automatic stay is

granted, effective July 15, 2011, as to the Civil Action pending in the United States District Court

for the Southern District of New York, captioned 07 Civ. 11163 (NRB) and 08 Civ. 5706 (NRB); provided, however, that the automatic stay shall remain in place with respect to the enforcement of any judgment obtained by Carotek and/or Event capture Systems against the Debtor in the Civil Action.

Dated: Alexandria, Virginia

_____, 2011

                                      _____
                                      UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

/s/ David I. Swan_____
David I. Swan, Esq. (VSB No. 75632)
Kenneth M. Misken, Esq. (VSB No. 72207)
McGuireWoods LLP
1750 Tysons Blvd., Suite 1800
McLean, VA 22102-4215
Telephone: (703) 712-5000
Facsimile: (703) 712-5050

W. Thad Adams, III, Esq.
Adams Law Group
Oliff & Berridge, PLC
Suite 2350 Charlotte Plaza
201 College Street
Charlotte, NC 28244

*Attorneys for Carotek, Inc., and*
  *Event Capture Systems, LLC*

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    I hereby certify the foregoing proposed order has been served upon or endorsed by all necessary parties.

                                        /s/  David I. Swan_____

\31743518.1