**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EQUAPHOR INCORPORATED, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Bankruptcy No. 10-20490 |
| _____ | ) | |

## NOTICE OF APPEAL

Carotek, Inc. appeals under 28 U.S.C. § 158(a) from the judgment, order, or decree of the bankruptcy judge granting Trustee's Motion to Approve Sale of Property of the Estate at Public Auction During Court Hearing and approving sale to Kobayashi Ventures, LLC entered in this bankruptcy case on the 16th day of June, 2011.

The names of all parties to the judgment, order, or decree appealed from the names, addresses, and telephone numbers of their respective attorneys are as follows:

| Chapter 7 Trustee | Kobayashi Ventures, LLC | Carotek, Inc. |
|---|---|---|
| Kevin R. McCarthy, Esq. | James W. Reynolds, Esq. | David I. Swan, Esq. |
| McCarthy & White, PLLC | Odin, Feldman & Pittleman, PC | Kenneth M. Misken, Esq. |
| 1751 Pinnacle Drive, Suite 1115 | 9302 Lee Highway, Suite 1100 | McGuireWoods LLP |
| McLean, VA 22102 | Fairfax, VA 22031 | 1750 Tysons Boulevard, Suite 1800 |
| (703) 770-9261 | (703) 218-2134 | McLean, VA 22102 |
| | | (703) 712-5365 |

Dated: June 21, 2011

/s/ David I. Swan
David I. Swan, Esq. (VSB No. 75632)
Kenneth M. Misken, Esq. (VSB No. 72207)
McGuireWoods LLP
1750 Tysons Blvd., Suite 1800
McLean, VA 22102-4215
Telephone: (703) 712-5000
Facsimile: (703) 712-5050

*Attorney for Appellant*

\31829134.1