**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EQUAPHOR INCORPORATED, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Bankruptcy No. 10-20490 |
| _____ | ) | |

**NOTICE OF HEARING ON CAROTEK, INC.'S MOTION FOR (I) STAY OF
THE ORDER GRANTING TRUSTEE'S MOTION TO APPROVE SALE OF
PROPERTY OF THE ESTATE AT PUBLIC AUCTION DURING COURT
HEARING AND APPROVING SALE TO KOBAYASHI VENTURES, LLC
AND (II) APPROVAL OF SUPERSEDEAS BOND**

Please take notice that on June 21, 2011, Carotek, Inc. filed a Motion for (I) Stay of the Order Granting Trustee's Motion to Approve Sale of Property of the Estate at Public Auction during Court Hearing and Approving Sale of Kobayashi Ventures, LLC and (II) Approval of Supersedeas Bond.

Please take further notice that a hearing on this matter has been scheduled for June 29, 2011, at 9:30 a.m.

If you do not wish the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then you or your attorney must do the following checked items:

**X** File with the Court, either electronically or at the address shown below, a written response to the Motion. Unless a written response is filed and served by the date specified, the Court may decide that you do not oppose the Motion. If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive it on or before June 28, 2011 at 5:00 PM.**

> Clerk of Court
> United States Bankruptcy Court
> 200 South Washington Street
> Alexandria, VA 22314

[x] You must also serve a copy of any written response on the following:

> Kenneth M. Misken, Esq.
> McGuireWoods LLP
> 1750 Tysons Blvd., Suite 1800
> McLean, VA 22102

> -and-

        W. Thad Adams, III, Esq.
Adams Law Group
Oliff & Berridge, PLC
Suite 2350 Charlotte Plaza
201 College Street
Charlotte, NC 28244

**X**    Attend the hearing on the Motion on **June 29, 2011, at 9:30 a.m. (Eastern Time)**, at the United States Bankruptcy Court, Second Floor, Courtroom I, 200 S. Washington Street, Alexandria, Virginia 22314.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Objection and may enter an order granting that relief.

Dated:  June 22, 2011        /s/  David I. Swan

        David I. Swan, Esq. (VSB No. 75632)
Kenneth M. Misken, Esq. (VSB No. 72207)
McGuireWoods LLP
1750 Tysons Blvd., Suite 1800
McLean, VA 22102-4215
Telephone: (703) 712-5000
Facsimile: (703) 712-5050

W. Thad Adams, III, Esq.
Adams Law Group
Oliff & Berridge, PLC
Suite 2350 Charlotte Plaza
201 College Street
Charlotte, NC 28244
Telephone: (704) 375-9249

Attorneys for Carotek, Inc.

\31936532.1

2