UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:                                          )
                                                )
    EQUAPHOR INCORPORATED            )    Case No. 10-20490-SSM
                                                )    Chapter 7
              Debtor          )

**ORDER SETTING EXPEDITED HEARING**

Upon consideration of the motion of Carotek, Inc., (Doc. #85) for an expedited hearing on its Motion for Stay of Order Pending Appeal (Doc. #84), it is

**ORDERED:**

1. The motion for an expedited hearing is granted, and a hearing on the motion for stay pending appeal shall be heard on **June 29, 2011, at 9:30 a.m.**  Any response opposing the motion shall be filed and served not later than 5:00 p.m. on June 28, 2011.

2. The clerk will mail a copy of this order, or give electronic notice of its entry, to the parties listed below.

Date: _____        _____
                                   Stephen S. Mitchell
Alexandria, Virginia               United States Bankruptcy Judge

Copies to:

Kevin R. McCarthy
1751 Pinnacle Drive Suite 1115
McLean, VA 22102
Chapter 7 trustee

Steven B. Ramsdell
Tyler, Bartl, Ramsdell & Counts, P.L.C.
300 N. Washington St., Suite 202
Alexandria, VA 22314
Counsel for the debtor

James W. Reynolds, Esquire
Odin, Feldman & Pittleman, P.C.
9302 Lee Highway, Suite 1100
Fairfax, VA  22031
Counsel for Kobayashi Ventures, LLC

David I. Swan, Esquire
McGuireWoods LLP
1750 Tysons Blvd., Suite 1800
McLean, VA 22102-4215
Attorneys for Carotek, Inc., and Event Capture Systems, LLC