UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:                                              )
                                                    )
    EQUAPHOR INCORPORATED              )    Case No. 10-20490-SSM
                                                    )    Chapter 7
                Debtor              )

**ORDER DENYING STAY PENDING APPEAL**

Upon consideration of the motion of Carotek, Inc., for a stay pending appeal of this court's order (Doc. # 78) of June 16, 2011, that approved the sale (following a public auction at which Carotek objected to the procedures but declined to bid) of certain patents and patent rights by the chapter 7 trustee to Kobayashi Ventures, LLC, and for the reasons stated on the record at a hearing held on June 29, 2011, it is

**ORDERED:**

1. The motion for stay pending appeal is denied; however, the effect of the sale order is stayed through July 7, 2011, to give Carotek an opportunity, if it is so advised, to seek a stay pending appeal from the United States District Court.

2. The clerk will mail a copy of this order, or give electronic notice of its entry, to the parties listed below.

Date: _____     _____
                                                                                 Stephen S. Mitchell
Alexandria, Virginia                           United States Bankruptcy Judge

Copies to:

Kenneth M. Misken, Esquire
McGuireWoods LLP
1750 Tysons Blvd., Suite 1800
McLean, VA 22102-4215
Counsel for Carotek, Inc.

Kevin R. McCarthy, Esquire
1751 Pinnacle Drive, Suite 1115
McLean, VA 22102
Chapter 7 trustee

James W. Reynolds, Esquire
Odin, Feldman & Pittleman, PC
9302 Lee Highway, Suite 1100
Fairfax, VA 22031
Counsel for Kobayashi Ventures, LLC