**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| IN RE: | ) | |
| --- | --- | --- |
| | ) | |
| EQUAPHOR INCORPORATED, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Bankruptcy No. 10-20490 |
| _____ | ) | |

**APPELLANT'S DESIGNATION OF RECORD
AND STATEMENT OF ISSUES ON APPEAL**

Carotek, Inc. ("Carotek"), the Appellant, pursuant to Federal Rule of Bankruptcy Procedure 8006, files the following designation of record and statement of issues on appeal.

**Designation of the Record**

| | Document | Docket No. | Date Filed |
| --- | --- | --- | --- |
| 1. | U.S. Bankruptcy Court Eastern District of Virginia (Alexandria) Docket Report for Bankruptcy Case #10-20490-SSM | n/a | |
| 2. | Voluntary Petition Under Chapter 7 and Schedules/Statement of Financial Affairs | 1 | 12/16/10 |
| 3. | Schedules and Statement of Financial Affairs | 12 | 1/3/11 |
| 4. | Exhibit (attachment to Schedule B) | 16 | 1/3/11 |
| 5. | Exhibit (attachment to Statement of Financial Affairs) | 17 | 1/3/11 |
| 6. | Order of Designation | 18 | 1/6/11 |
| 7. | Motion for Relief from Stay filed by Carotek and ECS re: lawsuit pending in the United States District Court for the Southern District of New York | 22 | 1/21/11 |
| 8. | Trustee's Response to Motion by Carotek and Event Capture Systems, LLC for Relief from Automatic Stay | 29 | 2/4/11 |
| 9. | Order Granting Motion for Relief from Stay in Part and Continuing Hearing | 33 | 2/22/11 |
| 10. | Amended Schedule F | 34 | 2/24/11 |
| 11. | Order Conditioning Automatic Stay and Setting Further Hearing | 43 | 3/31/11 |
| 12. | Trustee's Motion to Sell Assets of the Estate Free and Clear of Claims and Other Interests and Compromise of Related Claims | 44 | 4/1/11 |
| 13. | Objection by Carotek and ECS to Trustee's Motion to Sell | 49 | 4/19/11 |
| 14. | Objection by Frederick Bamber and Harry George to Trustee's Motion to Sell | 51 | 4/20/11 |
| 15. | Order Denying Motion to Sell | 60 | 5/12/11 |

| 16. | Transcript of Hearing Held on 4/26/11 and all Exhibits submitted during Hearing | 63 | 5/20/11 |
|---|---|---|---|
| 17. | Transcript of Hearing Held on 5/2/11 and all Exhibits submitted during Hearing | 64 | 5/20/11 |
| 18. | Trustee's Motion to Sell Property of the Estate at Public Auction during Court Hearing | 65 | 5/20/11 |
| 19. | Notice of Hearing of Motion to Sell Property of the Estate at Public Auction | 66 | 5/20/11 |
| 20. | Motion to Shorten Time for Sale Hearing | 67 | 5/20/11 |
| 21. | Order Granting Motion to Shorten Time | 70 | 5/31/11 |
| 22. | Objection by Carotek and ECS to Trustee's Motion to Sell | 71 | 6/8/11 |
| 23. | Order Granting Motion to Sell (Revised Order) | 78 | 6/16/11 |
| 24. | Order Granting Motion for Relief from Stay | 81 | 6/20/11 |
| 25. | Notice of Appeal filed by Carotek of Order Granting Trustee's Motion to Approve Sale of Property of the Estate at Public Auction During Court Hearing and Approving Sale to Kobayashi Ventures, LLC | 82 | 6/21/11 |
| 26. | Motion for Stay of Sale Order Pending Appeal and for Approval of Supersedeas Bond | 84 | 6/21/11 |
| 27. | Order Denying Stay Pending Appeal | 94 | 7/1/11 |
| 28. | Transcript of Hearing Held on 6/9/11 | [__] | |

**Statement of the Issues**

1.      Did the Bankruptcy Court err by qualifying Kobayashi to bid when the evidentiary record in this case demonstrates improper prepetition conduct and bad faith by Kobayashi and other Debtor insiders?

2.      Did the Bankruptcy Court err by determining that improper prepetition conduct and bad faith are irrelevant to an insiders right to purchase estate assets under § 363(b) of the Bankruptcy Code?

3.      Did the Bankruptcy Court err by allowing the Trustee to sell estate assets to Kobayashi, an insider, without adequately exposing the assets to the public?

4.      Did the Bankruptcy Court err by not determining the offer from Carotek to be the highest and best offer, when the offer from Carotek would result in a higher distribution to creditors compared to the offer from Kobayashi?

Dated: July 5, 2011                                   Respectfully submitted,

                                                      CAROTEK, INC.

                                                      /s/ David I. Swan
                                                      David I. Swan, Esq. (VSB No. 75632)
                                                      Kenneth M. Misken, Esq. (VSB No. 72207)
                                                      McGuireWoods LLP
                                                      1750 Tysons Blvd., Suite 1800
                                                      McLean, VA 22102-4215
                                                      Telephone: (703) 712-5000
                                                      Facsimile: (703) 712-5050

                                                      *Attorneys for Appellant*


**CERTIFICATE OF SERVICE**

I certify that on the 5th day of July, 2011 a copy of the Appellant's Designation of Record and Statement of Issues on Appeal was served via United States First-Class Mail, postage prepaid to those listed below:

| | |
|---|---|
| Kevin R. McCarthy, Esq. | James W. Reynolds, Esq. |
| McCarthy & White, PLLC | Odin, Feldman & Pittleman, PC |
| 1751 Pinnacle Drive, Suite 1115 | 9302 Lee Highway, Suite 1100 |
| McLean, VA 22102 | Fairfax, VA  22031-1214 |

                                                      /s/  Amina Lee Cooper


\32009379.2