UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

IN RE: )
)
EQUAPHOR INCORPORATED, )   Chapter 7
)
)   Bankruptcy No. 10-20490
)

     Debtor.

**AMENDED ORDER DENYING STAY PENDING APPEAL**

Upon consideration of the motion of Carotek, Inc., for a stay pending appeal of this court's order (Doc. # 78) of June 16, 2011, that approved the sale (following a public auction at which Carotek objected to the procedures but declined to bid) of certain patents and patent rights by the chapter 7 trustee to Kobayashi Ventures, LLC, and for the reasons stated on the record at a hearing held on June 29, 2011, it is

**ORDERED:**

1.    The motion for stay pending appeal is denied; however, the effect of the sale order is stayed through July 11, 2011, to give Carotek an opportunity, if it is so advised, to seek a stay pending appeal from the United States District Court.

2.    The clerk will mail a copy of this order, or give electronic notice of its entry, to the parties listed below.

Date: _____
Alexandria, Virginia

                                             Stephen. S. Mitchell
                                             United States Bankruptcy Judge

Seen and Consented to:

*/s/ Kevin R. McCarthy*
Kevin R. McCarthy, Esquire
1751 Pinnacle Drive, Suite 115
McLean, VA 22102
Chapter 7 Trustee


*/s/ James W. Reynolds*
James W. Reynolds, Esquire
Odin, Feldman & Pittleman, PC
9302 Lee Highway, Suite 1100
Fairfax, VA 22031
Counsel for Kobayashi Ventures, LLC


*/s/ Kenneth M. Misken*
Kenneth M. Misken
McGuireWoods LLP
1750 Tysons Blvd., Suite 1800
McLean, VA 22102
Counsel for Carotek, Inc.


\32148565.1